# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M91 | E1902590 | Callahan | 159 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 06/18/2024  0851 | CFR 4.22(b)(1) |

Place of Offense: NB BW Parkway @ 197

Offense Description: Factual Basis for Charge — HAZMAT ☐

Unsafe Vehicle Op.

### DEFENDANT INFORMATION

Last Name: Thomas   First: Pierre   MI: N

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 6EY6086 | MD | 20 | BMW/M50 | | GRAY |

**APPEARANCE IS REQUIRED**
☐ A  If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
☒ B  If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 110   Forfeiture Amount
+ $30  Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov

$ 140   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*E1902590*

CVB SCAN 07/15/2024 14:14

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon:
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____   _____
  Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
  Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 07/15/2024 14:14